AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C. Section 1028(a)(6) - Fraud and Related Activity in Connection with Identification Documents and Information (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum 1 year prison sentence; Maximum fine $100,000.00; Maximum supervised release term 1 year; Maximum term of probation 5 years; Mandatory special assessment $25.00; Deportation

*E-filing*

**DEFENDANT - U.S.**
➤ MANUAL ALVAREZ, a/k/a Jose Armando Soberal Nieves

**DISTRICT COURT NUMBER**
CR07-00609 WDB

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
DEPARTMENT OF STATE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   SAUSA BRYAN R. WHITTAKER

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ➤ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**FILED**
**SEP 2 4 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ➤ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ➤ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 SEP 24 PM 3: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00609 WDB |
| Plaintiff, ) | |
| v. ) | VIOLATION: Title 18, United States Code, Section 1028(a)(6) - Fraud and Related Activity in Connection with Identification Documents and Information (Class A Misdemeanor) |
| MANUAL ALVAREZ, ) (a/k/a Jose Armando Soberal Nieves), ) | |
| Defendant. ) | OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

On or about October 16, 2006, in the Northern District of California, the defendant,

MANUAL ALVAREZ
(a/k/a Jose Armando Soberal Nieves),

did knowingly possess an identification document that was or appeared to be an identification document of the United States that was produced without lawful authority, to wit: a Puerto Rican birth certificate issued in the name of Jose Armando Soberal Nieves, knowing that such document was produced without lawful authority, in violation of Title 18, United States Code,

*United States v. Manual Alvarez*;
INFORMATION

Section 1028(a)(6), a Class A misdemeanor.

DATED:   September 14, 2007

SCOTT N. SCHOOLS
United States Attorney

*[signature]*

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *[signature]* )
SAUSA WHITTAKER

*United States v. Manual Alvarez*;
INFORMATION