AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**OFFENSE CHARGED**

VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Fraud and Related Activity in Connection with Identification Documents and Information

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
Max. Imprisonment One Year; Max. Fine $100,000;
Max. Supervised Release One Year; and
Mandatory Special Assessment of $25

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Dept. of State-Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
CR07-00609

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BRYAN R. WHITTAKER AUSA

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S.**

▶ MANUAL ALVAREZ,

DISTRICT COURT NUMBER

CR 07-00609

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                           OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA,        )  No. CR 07-00609 WDB
   |                                  )
       Plaintiff,                     )
12 |                                  )  VIOLATION: Title 18, United States Code,
       v.                             )  Section 1028(a)(6) - Fraud and Related
13 |                                  )  Activity in Connection with Identification
                                      )  Documents and Information (Class A
14 | MANUAL ALVAREZ,                  )  Misdemeanor)
     (a/k/a Jose Armando Soberal Nieves), )
15 |                                  )
                                      )
16 |     Defendant.                   )  OAKLAND VENUE
                                      )
17 |_____)

18
                         SUPERCEDING INFORMATION
19
20  The United States Attorney charges:

21      On or about October 16, 2006, in the Northern District of California, the defendant,

22                              MANUAL ALVAREZ
                        (a/k/a Jose Armando Soberal Nieves),
23

24  did knowingly possess an identification document that was or appeared to be an identification

25  document of the United States that was stolen or produced without lawful authority, to wit: a

26  Puerto Rican birth certificate issued in the name of Jose Armando Soberal Nieves, knowing that

27  such document was stolen or produced without lawful authority, in violation of Title 18, United
28

*United States v. Manual Alvarez*;
SUPERCEDING INFORMATION

1  States Code, Section 1028(a)(6), a Class A misdemeanor.

2  DATED:    November 28, 2007                SCOTT N. SCHOOLS
3                                             United States Attorney
4
5                                             _____
6                                             W. DOUGLAS SPRAGUE
                                               Chief, Oakland Branch
7
8  (Approved as to form: *Bryan White*    )
9                          SAUSA WHITTAKER
10
11
12
...
28

*United States v. Manual Alvarez*;
SUPERCEDING INFORMATION