1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 JAMES C. MANN (CABN 221603)
Assistant United States Attorney

5
   1301 Clay Street, Suite 340-S
6    Oakland, California 94612
   Telephone:  (510) 637-3680
7    Facsimile:   (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov
8

9 Attorneys for Plaintiff

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

| | | |
|---|---|---|
| 13 UNITED STATES OF AMERICA, | ) | No. CR-07-00609 WDB |
| | ) | |
| 14    Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| 15 v. | ) | [PROPOSED] ORDER |
| | ) | |
| 16 MANUAL ALVAREZ | ) | Date:    April 23, 2008 |
| (a/k/a Jose Armando Soberal Nieves), | ) | Time:    10:00 a.m. |
| 17 | ) | Court:   Hon. Wayne D. Brazil |
| | ) | |
| 18    Defendant. | ) | |
| | ) | |

19

20    For the reasons set forth in the Declaration of James C. Mann filed under seal, the parties

21 request that Defendant's currently scheduled sentencing hearing date of April 23, 2008 be

22 continued to May 13, 2008 at 10:00 a.m.

23

24 DATED: April 17, 2008

25

26       /s/                                           /s/
   JAMES C. MANN                          ALFREDO MORALES
27 Assistant United States Attorney        Counsel for Manuel Alvarez
   Counsel for United States

28

STIP. REQ. TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
No. CR-07-00609 WDB

1  **IT IS HEREBY ORDERED** that Defendant's sentencing hearing in this case be
2  rescheduled from April 23, 2008 to May 13, 2008 at 10:00 a.m.
3
4
5  DATED:_____                    _____
                                              HON. WAYNE D. BRAZIL
6                                             United States Magistrate Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
No. CR-07-00609 WDB