```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Facsimile:   (510) 637-3724
    E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUAL ALVAREZ<br>(a/k/a Jose Armando Soberal Nieves),<br><br>    Defendant. | No. CR-07-00609 WDB<br><br>STIPULATED REQUEST TO CONTINUE SENTENCING HEARING AND ORDER<br><br>Date:    April 23, 2008<br>Time:    10:00 a.m.<br>Court:    Hon. Wayne D. Brazil |

For the reasons set forth in the Declaration of James C. Mann filed under seal, the parties request that Defendant's currently scheduled sentencing hearing date of April 23, 2008 be continued to May 13, 2008 at 10:00 a.m.

DATED: April 17, 2008

      /s/                                                                /s/  
JAMES C. MANN                             ALFREDO MORALES  
Assistant United States Attorney      Counsel for Manuel Alvarez  
Counsel for United States

STIP. REQ. TO CONTINUE SENTENCING HEARING AND ORDER  
No. CR-07-00609 WDB

1    **IT IS HEREBY ORDERED** that Defendant's sentencing hearing in this case be
2 rescheduled from April 23, 2008 to May 13, 2008 at 10:00 a.m.

5   DATED: April 21, 2008

                                                HON. WAYNE D. BRAZIL
                                                United States Magistrate Judge