1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3705
7  Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 UNITED STATES OF AMERICA,    )   No.  CR 07-609 WDB
                                )
14      Plaintiff,               )
                                )   NOTICE OF SUBSTITUTION OF
15      v.                       )   ATTORNEY
                                )
16 MANUAL ALVAREZ,              )
                                )
17      Defendant.               )
                                )
18

19      Please take notice that as of April 22, 2008, the Assistant United States Attorney

20 whose name, address, telephone number and e-mail address listed below is assigned to be

21 counsel for the government.

22                       JAMES C. MANN
                    Assistant United States Attorney
23                  1301 Clay Street; Suite 340S
                    Oakland, California 94612
24                  Telephone:  (510) 637-3705
                    Fax: 510/637-3724
25             E-mail:  James.C.Mann@usdoj.gov

26      The Clerk is requested to change the docket sheet and other court records so as to

27 reflect that all orders and communications from the court will in the future be directed to

28 ////

SUBSTITUTION OF ATTORNEY

1 | AUSA James C. Mann at the above mailing address, telephone number, facsimile number
2 | and e-mail address.
3
4
5 | DATED: April 22, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

             /s/
JAMES C. MANN
Assistant United States Attorney

SUBSTITUTION OF ATTORNEY