05/19/2008 01:54 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

Oakland

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MANUAL ALVAREZ | DCAN407CR000609 | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002182 | 1 | PR | 25.00 | 05/13/2008 |

Case No. US VS ALVAREZ

Division Payment Total    25.00

Grand Total    25.00

$ 25.00 SPECIAL ASSESSMENT PAID IN FULL.    m  5/13/08



FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Page 1 of 1